**SAO**
**MATTHEW Q. CALLISTER, ESQ.**
Nevada Bar No.: 1396
**MITCHELL S. BISSON, ESQ.**
Nevada Bar No.: 11920
**RACHEL N. SOLOW, ESQ.**
Nevada Bar No.: 9694
**CALLISTER LAW GROUP**
330 E. Charleston Blvd., Suite 100
Las Vegas, NV 89104
Tel.: (702) 385-3343
Fax: (702) 385-2899
E-mail: mqc@callcallister.com
    mbisson@callcallister.com
    rsolow@callcallister.com
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHIU HSIANG TSENG, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>CHEN MING FOOD INCORPORATED d/b/a/ PEARL WOK TO GO CHINESE RESTAURANT, a Nevada Corporation;<br>XIAO MING CHEN, an Individual;<br>YING HE, an Individual;<br>DOE DEFENDANTS 1 through 10; and ROE ENTITIES 1 through 10,<br><br>Defendants. | Case No.:  2:16-cv-02512-RFB-GWF<br><br><br>**<u>STIPULATION AND ORDER TO DISMISS WITH PREJUDICE</u>** |

**THE PARTIES HEREBY STIPULATE AND AGREE** by and between Plaintiff CHIU HSIANG TSENG, by and through counsel R. Duane Frizell, Esq., of FRIZELL LAW FIRM, PLLC, and Defendants CHEN MING FOOD INCORPORATED d/b/a PEARL WOK CHINESE RESTAURANT, XIAO MING CHEN, and YING HE, by and through counsel Matthew Q. Callister, Esq., and Mitchell S. Bisson, Esq. of the law firm of CALLISTER LAW GROUP, that Defendants, and every cause of action or claim for injury and/or damage against them be dismissed with prejudice, with each party to bear their own attorney's fees and costs.

**THE PARTIES HEREBY STIPULATE AND AGREE** that the Court retain jurisdiction to enforce any settlement between and among the parties and to enter any judgment, including confession of judgment, rendered for the purpose of enforcing the settlement.

DATED this 24th day of August, 2017.   DATED this 24th day of August, 2017.

**CALLISTER LAW GROUP**   **FRIZELL LAW FIRM, PLLC**

  /S/ Mitchell Bisson               S/ Duane Frizell
**MATTHEW Q. CALLISTER, ESQ.**   **R. DUANE FRIZELL, ESQ.**
Nevada Bar No. 1396   Nevada Bar No. 9807
**MITCHELL S. BISSON, ESQ.**   8275 S. Eastern Ave. Suite 200
Nevada Bar No. 11920   Las Vegas, Nevada 89123
330 E. Charleston Blvd., Suite 100   *Attorneys for Plaintiff*
Las Vegas, Nevada 89104
*Attorneys for Defendants*

## ORDER

**IT IS SO ORDERED.**

DATED this 28th day of August, 2017.

_____
RICHARD F. BOULWARE, II
United States District Judge

Prepare and Submitted by:

**CALLISTER LAW GROUP**

/S/Mitchell S. Bisson
MITCHELL S. BISSON, ESQ.
Nevada Bar No.: 011920
330 E. Charleston Blvd., Suite 100
Las Vegas, Nevada 89104
*Attorneys for Defendants*